# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hurwitz, Andrew | U.S. Court of Appeals, Ninth Circuit | 05/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Court of Appeals Judge, Ninth Circuit | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

401 W. Washington Street
Phoenix, AZ 85003

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | Arizona Elected Officials Retirement System; no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Arizona Elected Officials Retirement System, pension | $57,329.76 |
| 2. | 2015 | National Conference of Bar Examiners, stipends | $7,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Arizona State University, salary |
| 2. | 2015 | Arizona State Retirement System, pension |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Fordham University School of Law | 3/27/2015 - 3/30/2015 | New York, NY | Moot Court | Transportation, lodging, meals |
| 2. | National Conference of Bar Examiners | 04/23/2015 - 04/25/2015 | Austin, TX | Review and drafting of bar examination questions | Transportation, lodging, meals |
| 3. | National Conference of Bar Examiners | 09/23/2015 - 09/27/2015 | Stonington, CT | Review and drafting of bar examination questions | Transportation, lodging, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hurwitz, Andrew** | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Morgan Stanley | portfolio loan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | U.S. Bank (Checking/Savings) | A | Interest | K | T | | | | | |
| 2. | Real Estate Limited Partnership (Avondale Acres) Avondale, AZ | A | Distribution | K | W | | | | | |
| 3. | (H) Trust #1 ComProp ▓ " | D | Int./Div. | N | T | | | | | |
| 4. | -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 5. | -ALGER SPECTRA A | | | | | Sold (part) | 03/03/15 | J | A | |
| 6. | | | | | | Sold | 10/07/15 | K | A | |
| 7. | -BARON REAL ESTATE INST | | | | | Sold (part) | 07/27/15 | J | B | |
| 8. | -COHEN & STEERS PREF SEC&INC I - COHEN & STEERS PREF SEC&INC I - COHEN & | | | | | Buy | 10/07/15 | J | | |
| 9. | -COLUMBIA SELECT LG CP GROWTH Z | | | | | Buy | 10/07/15 | K | | |
| 10. | -DOUBLELINE SHILLER ENH CAPE | | | | | Buy | 12/11/15 | K | | |
| 11. | -DOUBLELINE TOTAL RETURN I | | | | | Sold (part) | 03/03/15 | J | | |
| 12. | | | | | | Sold (part) | 07/27/15 | J | | |
| 13. | | | | | | Buy (add'l) | 10/07/15 | K | | |
| 14. | -FIRST EAGLE GLOBAL I | | | | | Sold | 03/03/15 | J | A | |
| 15. | -FIRST TRUST DORSEY WRIGHT FD | | | | | Buy | 07/27/15 | J | | |
| 16. | | | | | | Buy (add'l) | 10/07/15 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -FIRST TRUST NORTH AMERICAN | | | | | Sold | 03/03/15 | K | | |
| 18. -GUGGENHEIM S7P 500 PURE VALE | | | | | Buy | 10/07/15 | J | | |
| 19. -HIGHLAND GLOBAL ALLOCATION I | | | | | Buy | 07/27/15 | J | | |
| 20. -INVESCO SMALL CAP VALUE Y | | | | | Sold (part) | 04/08/15 | J | A | |
| 21. | | | | | Sold | 09/10/15 | K | | |
| 22. -ISHSARES CURR HEDGED MSCI EMU | | | | | Buy | 12/11/15 | K | | |
| 23. -ISHARES MSCI JAPAN ETF | | | | | Buy | 10/07/15 | J | | |
| 24. -ISHARES MSCI USA MIN VOL ETF | | | | | Buy | 12/11/15 | K | | |
| 25. -LOOMIS SAYLES STRATEGIC INC Y | | | | | Sold | 10/07/15 | J | | |
| 26. -MATTHEWS ASIAN INDIA | | | | | Buy | 04/08/15 | J | | |
| 27. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 28. | | | | | Sold | 09/09/15 | J | | |
| 29. -MATTHEWS ASIAN JAPAN INV | | | | | Buy | 04/08/15 | K | | |
| 30. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 31. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 32. -MATTHEWS CHINA DIVIDEND | | | | | Buy | 04/08/15 | J | | |
| 33. | | | | | Sold | 07/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -METROPOLITAN WEST TOT RET BD I | | | | | Buy (add'l) | 03/03/15 | J | | |
| 35. | | | | | Sold (part) | 07/27/15 | J | A | |
| 36. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 37. -MIRAE ASIA GREAT CONS | | | | | Buy | 04/08/15 | J | | |
| 38. | | | | | Sold | 07/09/15 | J | | |
| 39. -OAKMARK I | | | | | Sold (part) | 10/07/15 | K | C | |
| 40. -OPPENHEIMER INTL SM COM Y | | | | | Buy | 07/27/15 | J | | |
| 41. | | | | | Sold | 09/10/15 | J | | |
| 42. -PIMCO FUNDAMENTALIDXPLS AR P | | | | | Sold | 03/03/15 | L | | |
| 43. -PIMCO INCOME P | | | | | Buy (add'l) | 10/07/15 | J | | |
| 44. -PIMCO INTL STOCKPLUS AR STR P | | | | | Buy (add'l) | 04/08/15 | J | | |
| 45. | | | | | Sold (part) | 07/27/15 | K | A | |
| 46. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 47. -PIMCO REAL RETURN P . | | | | | Buy | 07/27/15 | K | | |
| 48. | | | | | Sold | 10/07/15 | K | | |
| 49. -PIMCO SHORT TERM P | | | | | Buy | 10/07/15 | K | | |
| 50. -PUTNAM EQUITY SPECTRUM Y | | | | | Buy (add'l) | 03/03/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Sold (part) | 04/08/15 | J | | |
| 52. | | | | | Sold | 07/27/15 | K | | |
| 53.  -RS SELECT GROWTH Y (Y) | | | | | | | | | |
| 54.  -SPDR S&P CHINA ETF | | | | | Buy | 03/03/15 | J | | |
| 55. | | | | | Sold | 04/08/15 | J | A | |
| 56.  -SPDR S&P EMERGING ASIA PACIF ETF | | | | | Buy | 03/03/15 | J | | |
| 57. | | | | | Sold | 04/08/15 | J | A | |
| 58.  -SPDR SERIES TRUST DB INT GVT | | | | | Buy | 07/27/15 | J | | |
| 59. | | | | | Sold | 10/07/15 | J | | |
| 60.  -SUNAMERICA NEW FOC DIV STRA A | | | | | Sold (part) | 03/03/15 | J | A | |
| 61. | | | | | Sold (part) | 04/08/15 | J | A | |
| 62. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 63. | | | | | Sold | 12/11/15 | K | | |
| 64.  -T ROWE PRICE DVRSFD SM CP GR | | | | | Buy | 03/03/15 | K | | |
| 65. | | | | | Sold (part) | 10/07/15 | J | | |
| 66. | | | | | Sold (part) | 12/09/15 | J | | |
| 67.  -T ROWE PRICE MID CAP GR ADV | | | | | Buy | 03/03/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Buy (add'l) | 04/08/15 | J | | |
| 69. | | | | | Sold (part) | 10/07/15 | J | | |
| 70. | | | | | Sold (part) | 12/09/15 | J | A | |
| 71. -TOUCHSTONE SANDS CAP SEL GR Y | | | | | Buy | 10/07/15 | K | | |
| 72. | | | | | Sold | 12/09/15 | K | B | |
| 73. -WISDOMTREE EUROPE HEDGED EQUITY | | | | | Buy (add'l) | 03/03/15 | J | | |
| 74. | | | | | Buy (add'l) | 04/08/15 | K | | |
| 75. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 76. | | | | | Sold (part) | 10/07/15 | K | A | |
| 77. | | | | | Sold | 12/11/15 | K | | |
| 78. -WISDOMTREE TRUST INDIA | | | | | Buy | 03/03/15 | J | | |
| 79. | | | | | Sold | 04/08/15 | J | | |
| 80. -WISDOMTREE TRUST JAPN DEDGE EQ | | | | | Buy (add'l) | 03/03/15 | K | | |
| 81. | | | | | Sold (part) | 04/08/15 | K | C | |
| 82. | | | | | Sold | 09/10/15 | K | | |
| 83. "(H) TRUST #2 A S&S | D | Int./Div. | N | T | | | | | |
| 84. -MORGAN STANLEY BANK N.A. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -ALGER SPECTRA A | | | | | Sold (part) | 03/04/15 | J | A | |
| 86. | | | | | Sold | 10/07/15 | K | A | |
| 87. -BARON REAL ESTATE INST | | | | | Sold (part) | 04/08/15 | J | A | |
| 88. | | | | | Sold (part) | 07/28/15 | J | A | |
| 89. -COHEN & STEERS PREF SEC&INC I | | | | | Buy | 10/07/15 | J | | |
| 90. -COLUMBIA SELECT LG CP GROWTH Z | | | | | Buy | 10/07/15 | J | | |
| 91. -DOUBLELINE SHILLER ENH CAPE | | | | | Buy | 12/11/15 | K | | |
| 92. -DOUBLELINE TOTAL RETURN I | | | | | Sold (part) | 03/04/15 | J | | |
| 93. | | | | | Sold (part) | 07/28/15 | J | | |
| 94. | | | | | Buy (add'l) | 10/07/15 | K | | |
| 95. -FIRST EAGLE GLOBAL I | | | | | Sold | 03/04/15 | J | A | |
| 96. -FIRST TRUST DORSEY WRIGHT FD | | | | | Buy | 07/28/15 | J | | |
| 97. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 98. -FIRST TRUST NORTH AMERICAN | | | | | Sold | 03/04/15 | K | | |
| 99. -GUGGENHEIM S&P 500 PURE VALE | | | | | Buy | 07/28/15 | J | | |
| 100. | | | | | Sold | 10/07/15 | J | | |
| 101. -HIGHLAND GLOBAL ALLOCATION I | | | | | Buy | 07/28/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.  -INVESCO SMALL CAP VALUE Y | | | | | Sold (part) | 04/08/15 | J | A | |
| 103. | | | | | Sold (part) | 07/28/15 | J | | |
| 104. | | | | | Sold | 09/08/15 | J | | |
| 105.  -ISHSARES CURR HEDGED MSCI EMU | | | | | Buy | 12/11/15 | K | | |
| 106.  -ISHARES MSCI JAPAN ETF | | | | | Buy | 10/07/15 | J | | |
| 107.  -ISHARES MSCI USA MIN VOL ETF | | | | | Buy | 12/11/15 | K | | |
| 108.  -LOOMIS SAYLES STRATEGIC INC Y | | | | | Sold | 10/07/15 | J | | |
| 109.  -MATTHEWS ASIAN INDIA | | | | | Buy | 04/08/15 | J | | |
| 110. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 111. | | | | | Sold | 09/09/15 | J | | |
| 112.  -MATTHEWS ASIAN JAPAN | | | | | Buy | 04/08/15 | J | | |
| 113. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 114. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 115.  -MATTHEWS CHINA DIVIDEND | | | | | Buy | 04/08/15 | J | | |
| 116. | | | | | Sold | 07/07/15 | J | | |
| 117.  -METROPOLITAN WEST TOT RET BD I | | | | | Buy (add'l) | 03/04/15 | J | | |
| 118. | | | | | Sold (part) | 07/28/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 120.  -MIRAE ASIA GREAT CONS | | | | | Buy | 04/08/15 | J | | |
| 121. | | | | | Sold | 07/07/15 | J | | |
| 122.  -OAKMARK I | | | | | Sold (part) | 04/08/15 | J | A | |
| 123. | | | | | Sold (part) | 10/07/15 | K | C | |
| 124. | | | | | Sold | 12/11/15 | J | | |
| 125.  -OPPENHEIMER INTL SM COM Y | | | | | Buy | 07/28/15 | J | | |
| 126. | | | | | Sold | 09/10/15 | J | | |
| 127.  -PIMCO FUNDAMENTAL IDXPLS AR P | | | | | Sold | 03/04/15 | K | | |
| 128.  -PIMCO INCOME P | | | | | Sold (part) | 07/28/15 | J | | |
| 129. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 130.  -PIMCO INTL STOCKPLUS AR STR P | | | | | Sold (part) | 03/04/15 | J | A | |
| 131. | | | | | Buy (add'l) | 04/08/15 | J | | |
| 132. | | | | | Sold (part) | 07/28/15 | J | A | |
| 133. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 134.  -PIMCO REAL RETURN P | | | | | Buy | 07/28/15 | J | | |
| 135. | | | | | Sold | 10/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. -PIMCO SHORT TERM P | | | | | Buy | 10/07/15 | K | | |
| 137. -PUTNAM EQUITY SPECTRUM Y | | | | | Buy (add'l) | 03/04/15 | J | | |
| 138. | | | | | Sold (part) | 04/08/15 | J | | |
| 139. | | | | | Sold | 07/28/15 | J | | |
| 140. -RS SELECT GROWTH (Y) | | | | | | | | | |
| 141. -SPDR S&P CHINA ETF | | | | | Buy | 03/04/15 | J | | |
| 142. | | | | | Sold | 04/08/15 | J | A | |
| 143. -SPDR S&P EMERGING ASIA PACIF ETF | | | | | Buy | 03/04/15 | J | | |
| 144. | | | | | Sold | 04/08/15 | J | A | |
| 145. -SUNAMERICA NEW FOC DIV STRA A | | | | | Sold (part) | 03/04/15 | J | A | |
| 146. | | | | | Sold (part) | 04/08/15 | J | A | |
| 147. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 148. | | | | | Sold (part) | 12/11/15 | K | | |
| 149. -TOUCHSTONE SANDS CAP SEL GR | | | | | Buy | 10/07/15 | J | | |
| 150. -T ROWE PRICE DVRSFD SM CP GR | | | | | Buy | 03/04/15 | K | | |
| 151. | | | | | Sold (part) | 07/28/15 | J | A | |
| 152. | | | | | Sold (part) | 12/09/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153.  -T ROWE PRICE MID CAP GR ADV | | | | | Buy | 03/04/15 | J | | |
| 154. | | | | | Sold (part) | 07/28/15 | J | A | |
| 155. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 156. | | | | | Sold (part) | 12/09/15 | J | A | |
| 157.  -WISDOMTREE EUROPE HEDGED EQUIT | | | | | Buy (add'l) | 03/04/15 | J | | |
| 158. | | | | | Buy (add'l) | 04/08/15 | J | | |
| 159. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 160. | | | | | Sold (part) | 10/07/15 | J | A | |
| 161. | | | | | Sold | 12/11/15 | K | | |
| 162.  -WISDOMTREE TRUST INDIA | | | | | Buy | 03/04/15 | J | | |
| 163. | | | | | Sold | 04/08/15 | J | | |
| 164.  -WISDOMTREE TRUST JAPN HEDGE | | | | | Buy (add'l) | 03/04/15 | K | | |
| 165. | | | | | Sold (part) | 04/08/15 | K | B | |
| 166. | | | | | Sold | 09/10/15 | K | | |
| 167.  "(H) Trust #3 S S&S ▇ | D | Int./Div. | N | T | | | | | |
| 168.  -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 169.  -ALGER SPECTRA A | | | | | Sold (part) | 03/03/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | | | | Sold | 10/07/15 | K | A | |
| 171. -BARON REAL ESTATE INST | | | | | Sold | 07/28/15 | J | B | |
| 172. -COHEN & STEERS PREF SEC&INC I | | | | | Buy | 10/07/15 | J | | |
| 173. -COLUMBIA SELECT LG CP GROWTH Z | | | | | Buy | 07/28/15 | J | | |
| 174. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 175. -DOUBLELINE SHILLER ENH CAPE | | | | | Buy | 12/11/15 | K | | |
| 176. -DOUBLELINE TOTAL RETURN | | | | | Sold (part) | 03/03/15 | J | | |
| 177. | | | | | Sold (part) | 07/28/15 | J | | |
| 178. | | | | | Buy (add'l) | 10/07/15 | K | | |
| 179. -FIRST EAGLE GLOBAL I | | | | | Sold | 03/03/15 | J | A | |
| 180. -FIRST TRUST DORSEY WRIGHT FD | | | | | Buy | 10/07/15 | K | | |
| 181. -FIRST TRUST NORTH AMERICAN | | | | | Sold | 03/03/15 | K | | |
| 182. -GUGGENHEIM S7P 500 PURE VALE | | | | | Buy | 10/07/15 | J | | |
| 183. -HIGHLAND GLOBAL ALLOCATION I | | | | | Buy | 07/28/15 | J | | |
| 184. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 185. -INVESCO SMALL CAP VALUE | | | | | Sold | 09/10/15 | K | | |
| 186. -ISHSARES CURR HEDGED MSCI EMU | | | | | Buy | 12/11/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. -ISHARES MSCI JAPAN ETF | | | | | Buy | 10/07/15 | J | | |
| 188. -ISHARES MSCI USA MIN VOL ETF | | | | | Buy | 12/11/15 | K | | |
| 189. -LOOMIS SAYLES STRATEGIC INC Y | | | | | Sold | 10/07/15 | J | | |
| 190. -MATTHEWS ASIAN INDIA | | | | | Buy | 04/08/15 | J | | |
| 191. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 192. | | | | | Sold | 09/09/15 | J | | |
| 193. -MATTHEWS ASIAN JAPAN | | | | | Buy | 04/08/15 | K | | |
| 194. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 195. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 196. -MATTHEWS CHINA DIVIDEND | | | | | Buy | 04/08/15 | J | | |
| 197. | | | | | Sold | 07/07/15 | J | | |
| 198. -METROPOLITAN WEST TOT RET BD I | | | | | Buy (add'l) | 03/03/15 | J | | |
| 199. | | | | | Sold (part) | 07/28/15 | J | A | |
| 200. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 201. -MIRAE ASIA GREAT CONS | | | | | Buy | 04/08/15 | J | | |
| 202. | | | | | Sold | 07/09/15 | J | | |
| 203. -OAKMARK I | | | | | Sold (part) | 04/08/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | | | | | Sold (part) | 10/07/15 | J | A | |
| 205. -OPPENHEIMER INTL SM COM Y | | | | | Buy | 07/28/15 | J | | |
| 206. | | | | | Sold | 09/10/15 | J | | |
| 207. -PIMCO FUNDAMENTALIDXPLS AR | | | | | Sold | 03/03/15 | L | | |
| 208. -PIMCO INCOME | | | | | Sold (part) | 07/28/15 | J | | |
| 209. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 210. -PIMCO INTL STOCKPLUS AR STR | | | | | Buy (add'l) | 04/08/15 | J | | |
| 211. | | | | | Sold (part) | 07/28/15 | J | A | |
| 212. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 213. -PIMCO REAL RETURN P | | | | | Buy | 07/28/15 | K | | |
| 214. | | | | | Sold | 10/07/15 | J | | |
| 215. -PIMCO SHORT TERM P | | | | | Buy | 10/07/15 | K | | |
| 216. -PUTNAM EQUITY SPECTRUM | | | | | Buy (add'l) | 03/03/15 | K | | |
| 217. | | | | | Sold (part) | 04/08/15 | K | | |
| 218. | | | | | Sold | 07/28/15 | J | | |
| 219. -RS SELECT GROWTH (Y) | | | | | | | | | |
| 220. -SPDR S&P CHINA ETF | | | | | Buy | 03/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. | | | | | Sold | 04/08/15 | J | A | |
| 222.  -SPDR S&P EMERGING ASIA PACIF ETF | | | | | Buy | 03/03/15 | J | | |
| 223. | | | | | Sold | 04/08/15 | J | A | |
| 224.  -SUNAMERICA NEW FOC DIV STRA A | | | | | Sold (part) | 03/03/15 | K | A | |
| 225. | | | | | Sold (part) | 04/08/15 | J | A | |
| 226. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 227. | | | | | Sold | 12/11/15 | K | | |
| 228.  -TOUCHSTONE SANDS CAP SEL GR | | | | | Buy | 10/07/15 | K | | |
| 229. | | | | | Sold | 12/08/15 | K | B | |
| 230.  -T ROWE PRICE DVRSFD SM CP GR | | | | | Buy | 03/03/15 | K | | |
| 231. | | | | | Sold (part) | 10/07/15 | J | | |
| 232. | | | | | Sold (part) | 12/09/15 | J | | |
| 233.  -T ROWE PRICE MID CAP GR ADV | | | | | Buy | 03/03/15 | K | | |
| 234. | | | | | Buy (add'l) | 04/08/15 | J | | |
| 235. | | | | | Sold (part) | 10/07/15 | J | | |
| 236. | | | | | Sold (part) | 12/09/15 | J | A | |
| 237.  -WISDOMTREE EUROPE HEDGED | | | | | Buy (add'l) | 03/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. | | | | | Buy (add'l) | 04/08/15 | J | | |
| 239. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 240. | | | | | Sold (part) | 10/07/15 | K | A | |
| 241. | | | | | Sold | 12/11/15 | K | | |
| 242. -WISDOMTREE TRUST INDIA | | | | | Buy | 03/03/15 | J | | |
| 243. | | | | | Sold | 04/08/15 | J | | |
| 244. -WISDOMTREE TRUST JAPN HEDGE EQ | | | | | Buy (add'l) | 03/03/15 | K | | |
| 245. | | | | | Sold (part) | 04/08/15 | K | C | |
| 246. | | | | | Sold | 09/10/15 | K | | |
| 247. (H) IRA #1 A RO▓ | E | Int./Div. | O | T | | | | | |
| 248. -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 249. -BARON REAL ESTATE | | | | | Sold (part) | 04/14/15 | J | A | |
| 250. | | | | | Sold (part) | 05/19/15 | J | A | |
| 251. | | | | | Sold | 07/07/15 | J | B | |
| 252. -COHEN & STEERS PREF SEC&INC I | | | | | Buy | 10/07/15 | K | | |
| 253. -COLUMBIA SELECT LG CP GROWTH Z | | | | | Buy | 07/07/15 | K | | |
| 254. | | | | | Buy (add'l) | 10/07/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255.  -CREDIT SUISSE CUSHING 30 MLP | | | | | Sold | 03/03/15 | K | | |
| 256.  -DOUBLELINE TOTAL RETURN I | | | | | Buy (add'l) | 03/03/15 | J | | |
| 257. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 258. | | | | | Sold (part) | 05/19/15 | J | A | |
| 259. | | | | | Sold (part) | 07/07/15 | J | | |
| 260. | | | | | Buy (add'l) | 10/07/15 | K | | |
| 261.  -FIRST TRUST DORSEY WRIGHT FD | | | | | Buy | 07/07/15 | K | | |
| 262. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 263.  -GUGGENHEIM CHINA SMALL CAP ETF | | | | | Buy | 05/19/15 | J | | |
| 264. | | | | | Sold | 07/07/15 | J | | |
| 265.  -GUGGENHEIM S&P 500 PURE VALE | | | | | Buy | 07/07/15 | K | | |
| 266. | | | | | Sold (part) | 10/07/15 | J | | |
| 267.  -HIGHLAND GLOBAL ALLOCATION I | | | | | Buy | 05/19/15 | K | | |
| 268. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 269. | | | | | Sold (part) | 10/07/15 | J | | |
| 270.  -INVESCO SMALL CAP VALUE | | | | | Sold (part) | 04/14/15 | K | A | |
| 271. | | | | | Buy (add'l) | 07/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. | | | | | Sold | 09/10/15 | K | | |
| 273. -ISHARES MSCI JAPAN ETF | | | | | Buy | 05/19/15 | K | | |
| 274. | | | | | Sold (part) | 10/07/15 | J | | |
| 275. -JOHN HANCOCK SEAPORT | | | | | Buy | 10/07/15 | J | | |
| 276. -LOOMIS SAYLES STRATEGIC INC Y | | | | | Sold | 10/07/15 | J | | |
| 277. -MATTHEWS ASIAN INDIA | | | | | Buy | 04/14/15 | J | | |
| 278. | | | | | Buy (add'l) | 05/19/15 | J | | |
| 279. | | | | | Sold | 09/09/15 | J | | |
| 280. -MATTHEWS ASIAN JAPAN | | | | | Buy | 04/14/15 | K | | |
| 281. | | | | | Buy (add'l) | 05/19/15 | J | | |
| 282. | | | | | Sold (part) | 07/07/15 | J | A | |
| 283. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 284. -MATTHEWS CHINA DIVIDEND | | | | | Buy | 04/14/15 | J | | |
| 285. | | | | | Buy (add'l) | 05/19/15 | J | | |
| 286. | | | | | Sold | 05/19/15 | J | | |
| 287. -METROPOLITAN WEST TOT RET BD I | | | | | Buy (add'l) | 03/03/15 | J | | |
| 288. | | | | | Buy (add'l) | 04/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. | | | | | Sold (part) | 05/19/15 | J | A | |
| 290. | | | | | Sold (part) | 07/07/15 | J | A | |
| 291. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 292.  -MIRAE ASIA GREAT CONS | | | | | Buy | 04/14/15 | K | | |
| 293. | | | | | Buy (add'l) | 05/20/15 | J | | |
| 294. | | | | | Sold | 07/07/15 | K | | |
| 295.  -NATIXIS OAKMARK INTL | | | | | Sold | 02/28/15 | J | | |
| 296.  -OAKMARK I | | | | | Sold (part) | 03/03/15 | K | D | |
| 297. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 298. | | | | | Buy (add'l) | 07/07/15 | K | | |
| 299. | | | | | Sold (part) | 10/07/15 | K | B | |
| 300.  -OPPENHEIMER INTL SM COM Y | | | | | Buy | 05/19/15 | J | | |
| 301. | | | | | Sold | 07/07/15 | J | | |
| 302.  -PIMCO FUNDAMENTAL IDXPLS AR | | | | | Sold (part) | 03/03/15 | K | | |
| 303. | | | | | Sold (part) | 04/14/15 | J | | |
| 304. | | | | | Sold | 05/19/15 | K | | |
| 305.  -PIMCO INCOME | | | | | Buy (add'l) | 10/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. -PIMCO INTL STOCKPLUS AR STR | | | | | Buy (add'l) | 03/03/15 | J | | |
| 307. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 308. | | | | | Sold (part) | 05/19/15 | J | A | |
| 309. | | | | | Sold (part) | 05/19/15 | J | | |
| 310. -PIMCO REAL RETURN P | | | | | Buy | 05/19/15 | K | | |
| 311. | | | | | Sold | 10/07/15 | K | | |
| 312. -PIMCO SHORT TERM P | | | | | Buy | 10/07/15 | K | | |
| 313. -PUTNAM EQUITY SPECTRUM | | | | | Buy (add'l) | 03/03/15 | K | | |
| 314. | | | | | Sold (part) | 04/14/15 | J | | |
| 315. | | | | | Sold | 05/19/15 | K | | |
| 316. -RS SELECT GROWTH | | | | | Sold | 03/03/15 | J | A | |
| 317. -SPDR S&P CHINA ETF | | | | | Buy | 03/03/15 | J | | |
| 318. | | | | | Sold | 04/14/15 | J | B | |
| 319. -SPDR S&P EMERGING ASIA PACIF ETF | | | | | Buy | 03/03/15 | J | | |
| 320. | | | | | Sold | 04/14/15 | K | B | |
| 321. -SPDR SERIES TRUST DB INT GVT | | | | | Buy | 05/19/15 | J | | |
| 322. | | | | | Sold | 10/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. -SUNAMERICA NEW FOC DIV STRA A | | | | | Sold (part) | 03/03/15 | J | A | |
| 324. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 325. | | | | | Buy (add'l) | 05/19/15 | K | | |
| 326. | | | | | Sold (part) | 10/07/15 | K | A | |
| 327. -T ROWE PRICE DVRSFD SM CP GR | | | | | Buy (add'l) | 03/03/15 | K | | |
| 328. | | | | | Sold (part) | 05/19/15 | J | A | |
| 329. | | | | | Sold (part) | 10/07/15 | J | | |
| 330. -T ROWE PRICE MID CAP GR ADV | | | | | Buy | 03/03/15 | K | | |
| 331. | | | | | Buy (add'l) | 04/15/15 | K | | |
| 332. | | | | | Sold (part) | 05/19/15 | K | A | |
| 333. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 334. -TOUCHSTONE SANDS CAP SEL GR | | | | | Sold (part) | 03/03/15 | J | | |
| 335. | | | | | Buy (add'l) | 04/15/15 | J | | |
| 336. | | | | | Sold (part) | 10/07/15 | K | | |
| 337. -WISDOMTREE EUROPE HEDGED EQUITY | | | | | Buy (add'l) | 03/03/15 | J | | |
| 338. | | | | | Buy (add'l) | 04/15/15 | J | | |
| 339. | | | | | Buy (add'l) | 05/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. | | | | | Sold (part) | 07/07/15 | K | B | |
| 341. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 342. -WISDOMTREE TRUST JAPN HEDGE EQUITY | | | | | Buy (add'l) | 03/03/15 | K | | |
| 343. | | | | | Sold (part) | 04/15/15 | K | C | |
| 344. | | | | | Sold | 05/19/15 | K | D | |
| 345. (H) IRA #2 A Annty▮ | A | Int./Div. | N | T | | | | | |
| 346. -John Hancock Venture Annuity Lifestyle Moderate Fund | | | | | | | | | |
| 347. (H) IRA #3 S▮ | C | Int./Div. | M | T | | | | | |
| 348. -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 349. -BARON REAL ESTATE | | | | | Sold (part) | 05/19/15 | J | A | |
| 350. | | | | | Sold | 07/07/15 | J | A | |
| 351. -COHEN & STEERS PREF SEC&INC I | | | | | Buy | 10/07/15 | J | | |
| 352. -COLUMBIA SELECT LG CP GROWTH Z | | | | | Buy | 07/07/15 | J | | |
| 353. -CREDIT SUISSE CUSHING 30 MLP | | | | | Sold | 03/03/15 | J | | |
| 354. -CUSHING MLP PREMIER I | | | | | Sold | 03/03/15 | J | A | |
| 355. -DOUBLELINE TOTAL RETURN I | | | | | Buy (add'l) | 04/14/15 | J | | |
| 356. | | | | | Sold (part) | 05/19/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 358. -FIRST TRUST DORSEY WRIGHT FD | | | | | Buy | 07/07/15 | J | | |
| 359. -GUGGENHEIM S&P 500 PURE VALE | | | | | Buy | 07/07/15 | J | | |
| 360. | | | | | Sold (part) | 10/07/15 | J | | |
| 361. -HIGHLAND GLOBAL ALLOCATION I | | | | | Buy | 05/19/15 | J | | |
| 362. -INVESCO SMALL CAP VALUE | | | | | Sold (part) | 04/14/15 | J | A | |
| 363. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 364. | | | | | Sold | 09/10/15 | J | | |
| 365. -ISHARES MSCI JAPAN ETF | | | | | Buy | 05/19/15 | J | | |
| 366. | | | | | Sold (part) | 10/07/15 | J | | |
| 367. -JOHN HANCOCK SEAPORT I | | | | | Buy | 10/07/15 | J | | |
| 368. -LOOMIS SAYLES STRATEGIC INC Y | | | | | Sold | 10/07/15 | J | | |
| 369. -MATTHEWS ASIAN INDIA | | | | | Buy | 04/14/15 | J | | |
| 370. | | | | | Buy (add'l) | 05/19/15 | J | | |
| 371. | | | | | Sold | 09/09/15 | J | | |
| 372. -MATTHEWS ASIAN JAPAN | | | | | Buy | 04/14/15 | J | | |
| 373. | | | | | Buy (add'l) | 04/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 375.  -MATTHEWS CHINA DIVIDEND | | | | | Buy | 04/14/15 | J | | |
| 376. | | | | | Buy (add'l) | 05/19/15 | J | | |
| 377. | | | | | Sold | 07/07/15 | J | | |
| 378.  -METROPOLITAN WEST TOT RET BD I | | | | | Buy (add'l) | 04/14/15 | J | | |
| 379. | | | | | Sold (part) | 05/19/15 | J | A | |
| 380. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 381.  -MIRAE ASIA GREAT CONS | | | | | Buy | 04/14/15 | J | | |
| 382. | | | | | Buy (add'l) | 05/19/15 | J | | |
| 383. | | | | | Sold | 07/07/15 | J | | |
| 384.  -NATIXIS OAKMARK INTL | | | | | Sold | 03/03/15 | J | | |
| 385.  -OAKMARK I | | | | | Sold (part) | 03/03/15 | J | B | |
| 386. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 387. | | | | | Sold (part) | 10/07/15 | J | A | |
| 388.  -OPPENHEIMER INTL SM COM Y | | | | | Buy | 05/19/15 | J | | |
| 389. | | | | | Sold | 07/07/15 | J | | |
| 390.  -PIMCO FUNDAMENTAL IDXPLS AR | | | | | Sold (part) | 03/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 391. | | | | | Sold (part) | 04/14/15 | J | | |
| 392. | | | | | Sold | 05/19/15 | J | | |
| 393. -PIMCO INCOME | | | | | Buy (add'l) | 10/07/15 | J | | |
| 394. -PIMCO INTL STOCKPLUS AR STR | | | | | Buy (add'l) | 03/03/15 | J | | |
| 395. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 396. | | | | | Sold (part) | 05/19/15 | J | A | |
| 397. -PIMCO REAL RETURN P | | | | | Buy | 05/19/15 | J | | |
| 398. | | | | | Sold | 10/07/15 | J | | |
| 399. -PIMCO SHORT TERM P | | | | | Buy | 10/07/15 | J | | |
| 400. -PUTNAM EQUITY SPECTRUM | | | | | Buy (add'l) | 03/03/15 | J | | |
| 401. | | | | | Sold (part) | 04/14/15 | J | | |
| 402. | | | | | Sold | 05/19/15 | J | | |
| 403. -RS SELECT GROWTH (Y) | | | | | | | | | |
| 404. -SPDR S&P CHINA ETF | | | | | Buy | 03/03/15 | J | | |
| 405. | | | | | Sold | 04/14/15 | J | A | |
| 406. -SPDR S&P EMERGING ASIA PACIF ETF | | | | | Buy | 03/03/15 | J | | |
| 407. | | | | | Sold | 04/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 408. -SPDR SERIES TRUST DB INT GVT | | | | | Buy | 05/19/15 | J | | |
| 409. | | | | | Sold | 10/07/15 | J | | |
| 410. -SUNAMERICA NEW FOC DIV STRA A | | | | | Sold (part) | 03/03/15 | J | A | |
| 411. | | | | | Buy (add'l) | 05/19/15 | J | | |
| 412. | | | | | Sold (part) | 10/07/15 | J | A | |
| 413. -T ROWE PRICE DVRSFD SM CP GR | | | | | Buy | 04/14/15 | J | | |
| 414. | | | | | Sold (part) | 05/19/15 | J | A | |
| 415. -T ROWE PRICE MID CAP GR ADV | | | | | Buy | 03/03/15 | J | | |
| 416. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 417. | | | | | Sold (part) | 05/19/15 | J | A | |
| 418. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 419. -TOUCHSTONE SANDS CAP SEL GR | | | | | Buy (add'l) | 04/14/15 | J | | |
| 420. | | | | | Sold (part) | 10/07/15 | J | | |
| 421. -WISDOMTREE EUROPE HEDGED EQUITY | | | | | Buy (add'l) | 04/14/15 | J | | |
| 422. | | | | | Buy (add'l) | 05/19/15 | J | | |
| 423. | | | | | Sold (part) | 07/07/15 | J | A | |
| 424. | | | | | Buy (add'l) | 10/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 425. -WISDOMTREE TRUST JAPN HEDGE EQ | | | | | Buy (add'l) | 03/03/15 | J | | |
| 426. | | | | | Sold (part) | 04/14/15 | J | A | |
| 427. | | | | | Sold | 05/19/15 | J | A | |
| 428. (H) IRA #4 A Inh▧ | B | Int./Div. | K | T | | | | | |
| 429. -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 430. -BARON REAL ESTATE (Y) | | | | | | | | | |
| 431. -COLUMBIA SELECT LG CP GROWTH Z | | | | | Buy | 07/07/15 | J | | |
| 432. -CREDIT SUISSE CUSHING 30 MLP | | | | | Sold | 10/07/15 | J | | |
| 433. -DOUBLELINE TOTAL RETURN I | | | | | Buy (add'l) | 10/07/15 | J | | |
| 434. -FIRST TRUST DORSEY WRIGHT FD | | | | | Buy | 07/07/15 | J | | |
| 435. -INVESCO SMALL CAP VALUE (Y) | | | | | | | | | |
| 436. -MATTHEWS ASIAN JAPAN INV | | | | | Buy | 04/08/15 | J | | |
| 437. -METROPOLITAN WEST TOT RET BD I | | | | | | | | | |
| 438. -NATIXIS OAKMARK INTL (Y) | | | | | | | | | |
| 439. -OAKMARK I (Y) | | | | | | | | | |
| 440. -PIMCO FUNDAMENTAL IDXPLS AR (Y) | | | | | | | | | |
| 441. -PIMCO INCOME | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 32

Name of Person Reporting

Hurwitz, Andrew

Date of Report

05/12/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 442. -PIMCO SHORT TERM P | | | | | Buy | 10/07/15 | J | | |
| 443. -PUTNAM EQUITY SPECTRUM (X) | | | | | | | | | |
| 444. -SUNAMERICA NEW FOC DIV STRA A | | | | | | | | | |
| 445. -T ROWE PRICE DVRSFD SM CP GR | | | | | Buy | 03/03/15 | J | | |
| 446. -TOUCHSTONE SANDS CAP SEL GR | | | | | Sold (part) | 03/03/15 | J | | |
| 447. -WISDOMTREE EUROPE HEDGED EQUITY (X) | | | | | Sold (part) | 07/07/15 | J | A | |
| 448. -WISDOMTREE TRUST JAPN HEDGE EQUIT | | | | | Sold (part) | 04/08/15 | J | A | |
| 449. . | | | | | Sold | 05/19/15 | J | A | |
| 450. (H) 529 #1 ▨ | A | Int./Div. | J | T | | | | | |
| 451. -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 452. -AMERICAN AMCAP 529A | | | | | Buy | 01/08/15 | J | | |
| 453. -AMERICAN MUTUAL 529A | | | | | Buy | 01/08/15 | J | | |
| 454. (H) 529 #2 ▨ | A | Int./Div. | J | T | | | | | |
| 455. -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 456. -AMERICAN AMCAP 529A | | | | | Buy | 01/08/15 | J | | |
| 457. -AMERICAN MUTUAL 529A | | | | | Buy | 01/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust #1
RS Select Growth has a (Y) because it was owned at the beginning of the year but the sale was not reportable and none was owned at the end of year.

Trust #2
RS Select Growth has a (Y) because it was owned at the beginning of the year but the sale was not reportable and none was owned at the end of year

Trust #3
RS Select Growth has a (Y) because it was owned at the beginning of the year but the sale was not reportable and none was owned at the end of year.

IRA #3
RS Select Growth has a (Y) because it was owned at the beginning of the year but the sale was not reportable and none was owned at the end of year
IRA #4
Baron Real Estate has a (Y) because it was owned at the beginning of the year but the sale was not reportable and none was owned at the end of year
Invesco Small Cap has a (Y) because it was owned at the beginning of the year but the sale was not reportable and none was owned at the end of year.
Natixis Oakmark Intl has a (Y) because it was owned at the beginning of the year but the sale was not reportable and none was owned at the end of year
Oakmark has a (Y) because it was owned at the beginning of the year but the sale was not reportable and none was owned at the end of year
PIMCO Fundamental has a (Y) because it was owned at the beginning of the year but the sale was not reportable and none was owned at the end of year
Putnam Equity Spectrum has an (X) because the purchase was not reportable but it was owned at the end of year and the value was greater than $1,000.
Wisdomtree Europe Hedged has an (X) because the purchases were not reportable but it was owned at the end of year and the value was greater than $1,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/12/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew Hurwitz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544